**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:03-CR-121 |
| | § | |
| JOHN JASON SOLLEDER | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

No party filed objections. The defendant consented to the revocation of his supervised release and waived his right to allocute and appear before sentence is imposed. The Court ORDERS that the findings of fact and recommendation on plea of true (#58) are ADOPTED. The Court finds that the defendant, John Jason Solleder, violated conditions of his supervised release. The Court REVOKES the defendant's term of supervision. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of six (6) months imprisonment with no additional term of supervision to follow.

SIGNED at Beaumont, Texas, this 7th day of August, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE